JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YTC America Inc., | Case No. 2:18-cv-7875-CAS(AGRx) |
| Petitioner, | |
| v. | [PROPOSED] ORDER AND JUDGMENT CONFIRMING STIPULATED FINAL ARBITRATION AWARD INCLUDING PERMANENT INJUNCTION |
| Leonid Grigorian, | |
| Respondent. | |

The Petition of YTC America, Inc. ("YTCA") to confirm a stipulated final arbitration award came on regularly for hearing before the undersigned upon notice duly given. After reviewing the papers and for good cause appearing,

IT IS HEREBY ORDERED that the Award is adopted and confirmed in its entirety under 9 U.S.C. § 9 of the Federal Arbitration Act, subject to enforcement as any other Order of this Court. This adoption and confirmation is supported by the record by, inter alia:

1. The Final Arbitration Award Including Permanent Injunction has not been vacated, modified, or corrected as prescribed in 9 U.S.C. §§ 10 or 11, and because Respondent Leonid Grigorian's ("Grigorian") time to move to vacate, modify, or correct the Award has lapsed, under 9 U.S.C. § 9, this Court must grant YTCA's application for an order;

2. The parties agreed that a court of this District would enter an Order confirming the arbitration award and a Judgment on the award. (See Petition, Ex. A at ¶16, and accompanying Miller Decl. at ¶ 3.

As the parties agreed that a court would enter this Order and a Judgment on the award, and the arbitration award has not been vacated, modified, or corrected, the Court must grant YTCA's application for an order confirming the arbitration award. See 9 U.S.C. § 9.

JUDGMENT is hereby entered in favor of Petitioner YTC America, Inc. and against Respondent Leonid Grigorian. Each party shall bear its own costs and fees.

As part of this Judgment, this Court hereby enters the following permanent injunction.

**IT IS HEREBY ORDERED THAT**:

I. Leonid Grigorian, and anyone acting in concert with him including, without limitation, Voxelum, is permanently enjoined from engaging in or aiding and abetting any and all of the following activities:

a. Any disclosure, use or possession of any Protected YTCA Confidential Information, including without limitation the Grigorian Disclosures;

b. Any activity within the scope of the disclosure of PCT Patent Application No. PCT/US2015/052530 (the "PCT Application") as it pertains to claims 1-67 of the PCT Application as filed, or that seeks to utilize any invention claimed in claims 1-67 of the PCT Application, or any patent claiming priority thereto;

c. Any actions or activities pertaining to any
   i. use of,
   ii. development of, or
   iii. processes, practices or methods for creating,
   any metal matrix composite product, including without limitation, coating metal (including particles, substrates or in any other form) with one or more Carbon nanomaterials for any purpose;

d. Any actions or activities relating to the use of metal with Carbon nanomaterials that relies in any way, directly or indirectly, on Protected YTCA Confidential Information, including without limitation the Grigorian Disclosures;

e. Any action to oppose or challenge in any way, or to voluntarily assist in any way any opposition or challenge to, any request by YTCA (or its successor in interests) to add one or more inventors to any of the patent applications identified on Schedule A hereto;

f. Any activity utilizing Protected YTCA Confidential Information, including without limitation the Grigorian Disclosures, including but not limited to:
   i. Any activities reflected in any documents found on Grigorian's computer containing YTCA Confidential Information;

    ii. Any activities reflected in any YTCA Idea or Invention Disclosures submitted to YTCA by Grigorian during his employment by YTCA; and,

    iii. Any activities to monetize, utilize, or otherwise exploit the Protected YTCA Confidential Information, including without limitation the Grigorian Disclosures; and,

  g. Any activities to disclose, possess, exercise dominion over, monetize, utilize, or otherwise exploit any other YTCA Confidential Information known to Grigorian based on his employment by YTCA.

II. The injunction is not intended to prevent Grigorian, or those acting in concert with him, from activities outside the scope of the injunction as specified above. By way of example, the teaching of a physics or other technical class by Grigorian concerning uses of carbon nano-materials would not be prohibited, provided such activities do not disclose the confidential or trade secret information of YTCA or use the teachings of the patent applications identified on Schedule A and prohibited by Section I above.

Dated: October 18, 2018

*Christine A. Snyder*
United States District Court Judge

# SCHEDULE A

| Title | Patent/Appl. No. | Issue/Filing Date | Named Inventor(s) |
|---|---|---|---|
| 3D Printers and Feedstocks for 3D Printers | US Application No. 15/515,955<br><br>Publication No. US2017297262 | 03/30/2017 | Leonid Grigorian |
| 3D Printers and Feedstocks for 3D Printers | Application No. PCT/US2015/052530<br><br>Publication No. WO2016057250 | 09/27/2015 | Leonid Grigorian |
| 3D Printers and Feedstocks for 3D Printers | US Application No. 62/184,867 | 06/26/2015 | Leonid Grigorian |
| 3D Printers and Feedstocks for 3D Printers | US Application No. 62/059,947 | 10/05/2014 | Leonid Grigorian |
| Carbon Composites for Semiconducting Devices and Energy Storage Devices | US Application No. 62/029,671 | 07/28/2014 | Leonid Grigorian |
| 3D Printers and Feedstocks for 3D Printers | Application No. EP20150848812 20150927.<br><br>Publication No. EP3204223 | 08/16/2017 | Leonid Grigorian |
| 3D Printers and Feedstocks for 3D Printers | Application No. 201680065532.6<br><br>Publication No. CN196196484 | 08/29/2017 | Leonid Grigorian |

All patent applications, inventor certificates and/or other registrations of any type claiming priority to any of the foregoing.

-4-

SMRH:488141639.1 [PROPOSED] ORDER AND JUDGMENT CONFIRMING STIPULATED FINAL ARBITRATION AWARD INCLUDING PERMANENT INJUNCTION